UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-24323-CV-MARTINEZ

EMILIO PINERO

    Plaintiff,

v.

FACCI OF MERRICK PARK, INC.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THE MATTER** was referred to the Honorable Alicia M. Otazo-Reyes, United States Magistrate Judge for appropriate disposition (DE 18). Magistrate Judge Otazo-Reyes filed a Report and Recommendation ("R&R") recommending that Plaintiff's Motion for Fees and Costs be granted in part and Plaintiff be awarded the sum of $10,920.00 as fees and costs in this action, consisting of $9,500.00 in attorney's fees, $470.00 in costs, and $950.00 in expert fees. (DE 23). Neither party filed objections. The Court having reviewed the R&R and record in this case *de novo*, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation (DE 23) is **AFFIRMED** and **ADOPTED**. Plaintiff's Motion for Fees and Costs (DE 17) is **GRANTED IN PART**. Plaintiff is awarded $10,920.00 as fees and costs in this action.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of September, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE